MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
PAUL FOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FOX,<br><br>    Defendant. | Case No.: 2:08-cr-0211 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant PAUL FOX, by and through his attorney, Michael Chastaine , Defendant LORI FOX, by and through her attorney, Dan Davis and the United States, by and through Assistant United States Attorney Michael Beckworth, hereby stipulate and agree to continue the status conference in the above-captioned case from Friday, October 10, 2008 at 9:00 a.m. to Friday, November 14, 2008 at 9:00 a.m.  It is further stipulated that time is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  The continuance is requested to give counsel an opportunity to continue to review the discovery, meet with the client and complete it's analysis of evidence in the instant matter.

Dated: October 6, 2008             The CHASTAINE LAW OFFICE

                                                  By: _____/s/ Michael Chastaine
                                                      MICHAEL CHASTAINE
                                                      Attorney for Paul Fox

Dated: October 6, 2008             By:_____/s/ Dan Davis_____
                                                         DAN DAVIS
                                                       Attorney for Lori Fox

1

Dated: October 6, 2008	McGREGOR W. SCOTT
	United States Attorney

	By:     /s/ Michael Beckworth
	        Michael Beckworth
	        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for October 10, 2008 at 9:00 a.m. is continued to November 14, 2008 at 9:00 a.m. and that the period from October 10, 2008 to November 14, 2008 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: 10/9/08

	Garland E. Burrell, Jr.
	District Judge
	United States District Court