DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant LORIE ANN FOX


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0211-GEB |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | Date: March 20, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. GARLAND E. BURRELL |
| PAUL GENE FOX, and<br>LORIE ANN FOX | |
| Defendants._____/ | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Lawrence G. Brown and Assistant United States Attorney Michael Beckworth, and Defendants Paul Gene Fox, through his attorney Michael Chastaine, and Lorie Ann Fox, through her attorney Daniel M. Davis, as follows:

It is agreed that the current status conference date of February 6, 2009 at 9:00 a.m. be vacated and a new Status Conference date of March 20, 2009  at 9:00 a.m. be set.

The continuance is necessary because defense counsel is

1

currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government. Defense counsels need additional time to discuss the case with the defendants.

For all of these reasons, the parties jointly request a new status conference date, and that the time period from February 6, 2009 to and including March 20, 2009 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: February 4, 2009      /s/ Michael Beckwith by Daniel Davis
                             MICHAEL BECKWITH
                             Assistant U.S. Attorney

Dated: February 4, 2009      /s/ Daniel M. Davis
                             DANIEL M. DAVIS
                             Attorney for LORIE ANN FOX

Dated: February 4, 2009      /s/ Michael Chastaine by Daniel Davis
                             MICHAEL CHASTAINE
                             Attorney for PAULENE FOX

**ORDER**

GOOD CAUSE APPEARING, in that it is agreed among the parties:

IT IS HEREBY ORDERED that the status conference scheduled for February 6, 2009 at 9:00 a.m. is continued to March 20, 2009 at 9:00 a.m. and that the period from February 6, 2009 to

March 20, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A).

Dated: 2/9/09

UNITED STATES DISTRICT JUDGE