```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-08-211-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE, |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| PAUL GENE FOX, and LORIE ANN FOX, | |
| Defendants. | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Paul Gene Fox, through his counsel of record, Michael L. Chastaine, and defendant Lorie Ann Fox, through her counsel of record, Daniel M. Davis, hereby stipulate and agree that the status conference set for March 20, 2009, be continued to April 3, 2009.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set

1

the date of April 3, 2009, for the status conference.
Accordingly, the parties stipulate that time be excluded pursuant to
18 U.S.C. § 3161(h)(8)(A) and Local Code T4 - additional time to
prepare.

IT IS SO STIPULATED.

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

Dated: March 12, 2009        By:  /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED: March 12, 2009        By:  /s/ Michael L. Chastaine
                                          MICHAEL L. CHASTAINE
                                          Attorney for Defendant
                                          PAUL GENE FOX

DATED: March 12, 2009        By:  /s/ Daniel M. Davis
                                          DANIEL M. DAVIS
                                          Attorney for Defendant
                                          LORIE ANN FOX

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference on April 3, 2009.

The Court finds excludable time as set forth above to and including April 3, 2009.

**IT IS SO ORDERED.**

Dated: March 12, 2009

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge